# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

AMANDA MCLEOD, etc.,

    Plaintiff,

v.                                          CASE NO. 4:13cv661-RH/CAS

MAIDENFORM BRANDS, INC.
et al.,

    Defendants.

_____/

## ORDER EXTENDING WACOAL'S DEADLINE TO RESPOND TO THE COMPLAINT

The defendant Wacoal America, Inc.'s unopposed motion, ECF No. 8, to extend the deadline to respond to the complaint is GRANTED. The deadline is extended to January 31, 2014.

SO ORDERED on January 6, 2014.

                                       s/Robert L. Hinkle
                                       United States District Judge