# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

AMANDA MCLEOD, etc.,

       Plaintiff,

v.                               CASE NO.  4:13cv661-RH/CAS

MAIDENFORM BRANDS, INC.,
et al.,

       Defendants.

_____/

## ORDER DENYING AS MOOT THE MOTION TO DISMISS THE ORIGINAL COMPLAINT

The plaintiff has filed as of right a first amended complaint, ECF No. 17, and a corrected version that apparently corrects a scrivener's error, ECF No. 18. The first amended complaint responds to grounds raised in a defendant's motion to dismiss the original complaint for lack of subject matter jurisdiction or failure to state a claim on which relief can be granted. Accordingly,

IT IS ORDERED:

The motion, ECF No. 13, to dismiss the original complaint is DENIED AS

MOOT.

SO ORDERED on February 19, 2014.

s/Robert L. Hinkle
United States District Judge