IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AMANDA MCLEOD, etc.,

    Plaintiff,

v.                              CASE NO.   4:13cv661-RH/CAS

MAIDENFORM BRANDS, INC.
et al.,

    Defendants.

_____/

## ORDER PROHIBITING THE FILING OF
## MONTHLY ATTORNEY'S FEE RECORDS

As set out in the Initial Scheduling Order, ECF No. 16, the requirement to file monthly attorney's fee records does not apply in this case. No party may file attorney's fee records until necessary in connection with a motion to award fees.

SO ORDERED on May 8, 2014.

                                        s/Robert L. Hinkle
                                        United States District Judge